IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TOMMY STURDIVANT, #148248,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 13-0188-KD-N** |
| **JAMES LOVETTE,** *et al.,* | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the report and recommendation recommending the dismissal of this action, this order adopting the report and recommendation, and the judgment dismissing this action.

**DONE** this 24th day of September 2013.

                                                     s/ Kristi K. DuBose
                                                     **KRISTI K. DuBOSE**
                                                     **UNITED STATES DISTRICT JUDGE**